# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0187. ERIC ULYSSES JACKSON v. THE STATE.**

We originally dismissed this discretionary application as untimely and because it appeared that Eric Ulysses Jackson failed to comply with our order to file a copy of the stamp "filed" trial court order within 10 days of November 28, 2017. On December 8, 2017, the last day Jackson could comply with our November 28, 2017 order, Jackson mailed a motion to supplement his application with a copy of the trial court's stamp "filed" order. Therefore, Jackson timely filed the order pursuant to our Rule 4 (c). Jackson also filed a motion for reconsideration asking this Court to reconsider its order of dismissal.

Accordingly, Jackson's motion to supplement the application is GRANTED, and the application is REINSTATED. Our December 14, 2017 order dismissing the application is hereby VACATED. Jackson's motion for reconsideration is DENIED AS MOOT. Upon full consideration of the merits of the application for discretionary review, however, we hereby DENY the application.

Because of this disposition, Jackson's motion to retrieve the trial record from the Superior Court of Forsyth County and his motion for sanctions are hereby again DENIED AS MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/25/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*